Lars Lindquist, appellee, v. Herman L. Schmidt and August Schmidt, trading as Schmidt Brothers Garage, appellants. Gen. No. 38,754.

Opinion filed March 24, 1937.

Robertson, Crowe & Spence, for appellants; Burt A. Crowe, of counsel. Robert S. Cook, Harold Epstein and Julius Epstein, for appellee.

Mr. Justice Hall delivered the opinion of the court.